**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/15/2020
```

```
---------------------------------X
LAURA ROMERO et al.,               :
                                   :
                 Plaintiffs,       :
                                   :
      -against-                    :
                                   :
THE GORDIAN GROUP, et al.,         :
                                   :
                 Defendants        :
---------------------------------X
```

**17 Civ. 00603(VM)**

**ORDER**
**DISMISSAL FOR FAILURE**
**TO PROSECUTE**

**VICTOR MARRERO, U.S.D.J.:**

A review of the Docket Sheet for the above-captioned case indicates that no action has been taken since the case was transferred to this district and assigned to this Court as related to TGG Ultimate Holdings, Inc. et al. v. Hollett et al., No. 16-cv-06289, which was dismissed, with prejudice, on November 21, 2018. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint in this action and to terminate any pending motions and close this case for lack of prosecution without prejudice, provided that within seven days of the date of this Order plaintiff may request reinstatement of the case to the Court's active docket.


**SO ORDERED:**


Dated:    New York, New York
          15 April 2020

                                        Victor Marrero
                                        U.S.D.J.